UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:23-cv-1735 KJM CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CITY OF ROSEVILLE POLICE DEPARTMENT, | |
| Defendant. | |

    Plaintiff is a Placer County inmate proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has requested leave to proceed in forma pauperis. Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

/////

/////

/////

1

A review of court records from this court reveals that, while incarcerated and before this action was filed, petitioner had at least 3 actions dismissed for failure to state a claim:

1. <u>Khademi v. Vanderwende</u>, 2:18-cv-2798 TLN AC.
2. <u>Khademi v. Vanderwende</u>, No. 19-17051 (9th Cir.).[1]
3. <u>Khademi v. Los Rios Community District College</u>, 2:23-cv-0260 TLN AC.[2]

In his complaint, plaintiff seeks damages and not relief from imminent danger of serious physical injury.

In light of the foregoing, plaintiff's request for leave to proceed in forma pauperis should denied.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 7) be denied.
2. Plaintiff be granted fourteen days within which to pay the $402 filing fee for this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
khad1735.3ks

---

[1] This case is the appeal of the dismissal order in the prior case.

[2] This case was dismissed at the screening stage for being time-barred which amounts to a dismissal for failure to state a claim. <u>Belanus v. Clark</u>, 796 F.3d 1021, 1024, 1030 (9th Cir. 2015).