UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davood Khademi,<br><br>          Plaintiff,<br><br>     v.<br><br>City of Roseville Police Department,<br><br>          Defendant. | No. 2:23-cv-01735-KJM-CKD<br><br>ORDER |

Plaintiff Davood Khadmei, an incarcerated individual proceeding pro se, filed this civil rights action against the City of Roseville Police Department and requested to proceed in forma pauperis (IFP). *See generally* Compl., ECF No. 1; First IFP Mot., ECF No. 2; Second IFP Mot., ECF No. 7. The court denied plaintiff's request to proceed IFP and granted plaintiff fourteen days to pay the $402 filing fee. *See* Prior Order (Dec. 28, 2023), ECF No. 10. The court warned that failure to pay the filing fee would result in dismissal. *Id.* Plaintiff appealed this order. *See* Appeal Notice, ECF No. 11. On May 2, 2024, the Ninth Circuit dismissed the appeal for failure to prosecute. *See* USCA Order, ECF No. 14. The Ninth Circuit's order served as a mandate twenty-one days after it was issued. *Id.* Those twenty-one days have now passed. The court grants plaintiff fourteen days from the date of this order to pay the $402 filing fee. Failure to do so will result in dismissal.

IT IS SO ORDERED.

DATED: August 1, 2024.

CHIEF UNITED STATES DISTRICT JUDGE