UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:23-cv-01735 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CITY OF ROSEVILLE POLICE DEPARTMENT, | |
| Defendant. | |

On August 2, 2024, the court ordered plaintiff to pay the $405 filing fee within 14 days and warned plaintiff that failure to do so would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this case is dismissed.

DATED: October 4, 2024.

_____
UNITED STATES DISTRICT JUDGE